UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO ANN HOEPPNER-CRUZ,

Plaintiff,

v.

ROBERT W BROWER,

Defendant.

Case No. 24-cv-05170-TSH

**ORDER TO SHOW CAUSE**

Plaintiff Jo Ann Hoeppner-Cruz, in her capacity as the Trustee of The Anthony J. Freitas and Jacqueline Hoeppner-Freitas 1997 Revocable Trust, brings this case under California Probate Code section 17200 against Defendant Robert Brower related to the sale of property under the Trust. ECF No. 1. The case is scheduled for jury trial on January 20, 2026. ECF No. 44.

On November 12, 2025, the Court ordered supplemental briefing addressing whether the probate exception applies to each of the claims in this case. ECF No. 56. The Court ordered Brower to file a brief by November 18, 2025, and Hoeppner-Cruz to file a response by November 21, 2025. *Id.* Brower filed a brief on November 14, 2025. ECF No. 57.

Hoeppner-Cruz failed to file a response in compliance with the Court's order at ECF No. 56. The Court possesses the inherent power to dismiss an action *sua sponte* if a plaintiff fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Yourish v. Cal. Amplifier*, 191 F.3d 983, 987–88 (9th Cir. 1999) (affirming dismissal for failure to comply with court orders). Accordingly, the Court hereby **ORDERS** Hoeppner-Cruz to show cause why this case should not be dismissed for failure to comply with court deadlines. Hoeppner-Cruz shall file a declaration by December 1, 2025, and simultaneously file either an opposition or a statement of nonopposition in response to Brower's brief at ECF No. 57. If Hoeppner-Cruz files an opposition, Brower may file any reply by December 3, 2025.

Notice is hereby provided that failure to file a written response will be deemed an

1  admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is
2  imperative the Court receive a written response by the deadline above.
3      The Court hereby **ORDERS** Hoeppner-Cruz's counsel of record, Thomas Dwayne Reid, to
4  provide a copy of this order to Hoeppner-Cruz and file an attestation to that effect no later than
5  December 1, 2025.
6      **IT IS SO ORDERED.**

8  Dated: November 24, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge