UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE ANTHONY J. FREITAS AND JACQUELINE HOEPPNER-FREITAS 1997 REVOCABLE TRUST, dated April 12, 1997,

Plaintiff,

v.

ROBERT BROWER, an individual, and as former Trustee, et al.

Defendant.

Case No. 3:24-cv-05170-TSH

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Jo Ann Hoeppner-Cruz , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

David Y. Parnall, Parnall Trust and Estate Law, PC

Name(s) of counsel withdrawing from representation and firm name:

Thomas D. Reid, the Law Office of Thomas D. Reid, APC

Date: Feb. 17, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: February 18, 2026

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

United States District Court
Northern District of California